```
 1  WILLIAM M. KUNTZ  # 153052
    Attorney at Law
 2  4780 Arlington Avenue
    Riverside, CA 92504
 3  (951) 343-3400
    Fax (951) 343-4004
 4  E-Mail: KuntzSSlaw @sbcglobal.net
    Attorney for Plaintiff
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 9                    EASTERN DIVISION
10
11  MARY L. GUTIERREZ,           )   No.  EDCV 07-01399 FFM
                                 )
12            Plaintiff,         )   [PROPOSED] ORDER AWARDING
                                 )   EAJA FEES
13       v.                      )
                                 )
14  MICHAEL J. ASTRUE,           )
    Commissioner of Social Security, )
15                               )
              Defendant.         )
16  _____)
17
```

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be

21  awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the

22  amount of TWO THOUSAND FIVE HUNDRED DOLLARS and no/cents

23  ($2,500.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and

24  conditions of the Stipulation.

25      DATED: August 5, 2008

26                              / s / FREDERICK F. MUMM
                                _____
27                              FREDERICK F. MUMM
                                UNITED STATES MAGISTRATE JUDGE
28

                                    1